| | Reset Form |
|---|---|

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Zomm, LLC )
                                   Plaintiff(s), ) Case No: 4:18 cv 04969
    v. )
Apple Inc. ) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
                                   Defendant(s). ) (CIVIL LOCAL RULE 11-3)

I, David G. Lindenbaum, an active member in good standing of the bar of District of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Zomm, LLC in the above-entitled action. My local co-counsel in this case is Lee Brenner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kelley Drye & Warren LLP<br>101 Park Avenue, New York, NY 10178 | Kelley Drye & Warren LLP, 10100 Santa Monica Blvd., Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 808-7800 | (310) 712-6125 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dlindenbaum@kelleydrye.com | LBrenner@KelleyDrye.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DL-1222.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/07/18                             /s/ David G. Lindenbaum
                                                                                   APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David G. Lindenbaum is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/13/2018                               Haywood S. Gill, Jr.
                                                   UNITED STATES DISTRICT / ~~MAGISTRATE~~ JUDGE

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## David G. Lindenbaum

was duly admitted to practice in said Court as of March 19, 2012, and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: August 23, 2018

WILLIAM T. WALSH, CLERK

By _____
Marina Lucic Szeflinski,
Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.