1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  LUANN L. SIMMONS (S.B. #203526)
   lsimmons@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California 94111-3823
   Telephone:  +1 415 984 8700
5  Facsimile:  +1 415 984 8701

6  Attorneys for Defendant
   APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ZOMM, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 4:18-cv-04969-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING MOTION TO DISMISS BRIEFS TO EXCEED PAGE LIMITS** <br><br> Judge:   Haywood S. Gilliam, Jr. |

Pursuant to Civil L.R. 7-11 and 7-12, Plaintiff Zomm, Inc. ("Zomm") and Defendant Apple Inc. ("Apple") (collectively "the Parties") hereby stipulate and request that the Parties be permitted to file briefs regarding Apple's motion to dismiss in excess of the applicable page limits.

WHEREAS Apple's response to Zomm's Amended Complaint is currently due on or before December 3, 2018;

WHEREAS Apple intends to move under Federal Rule of Civil Procedure 12(b)(6) to dismiss for failure to state a claim each of the three causes of action asserted in Zomm's Amended Complaint, specifically the first cause of action for alleged patent infringement, the second cause of action for alleged breach of contract, and the third cause of action for alleged unfair competition under California common law;

WHEREAS Apple's motion will address several complex issues including patent subject matter eligibility under 35 U.S.C. § 101, pleading requirements for both breach of contract and unfair competition claims, and federal and state preemption and supersession of unfair competition claims; and

WHEREAS the Parties agree that due to the complexity of the issues and number of causes of action to be addressed by Apple's motion, the Parties should be permitted to exceed the page limits for the opening and responsive briefs by ten pages and the reply brief by five pages.

It is hereby STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

(1) Apple is permitted to file a brief in support of its motion to dismiss of not more than 35 pages of text;

(2) Zomm is permitted to file a brief in opposition to Apple's motion to dismiss of not more than 35 pages of text; and

(3) Apple is permitted to file a reply brief in support of its motion to dismiss of not more than 20 pages of text.

IT IS SO STIPULATED.

Dated: November 6, 2018    KELLEY DRYE AND WARREN LLP

By:    /s/ *Michael J. Zinna*
Michael J. Zinna
Attorneys for Plaintiff
ZOMM, INC.

Dated: November 6, 2018    O'MELVENY & MYERS LLP

By:    /s/ *Luann L. Simmons*
Luann L. Simmons
Attorneys for Defendant
APPLE INC.

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on November 6, 2018, with a copy of this document via the Court's CM/ECF system.

*/s/ Luann L. Simmons*
Luann L. Simmons

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

*/s/ Luann L. Simmons*
Luann L. Simmons

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 7, 2018



_____
Haywood S. Gilliam, Jr.
United States District Court Judge