| | |
|---|---|
| 1 | JOHN F. WARD (*pro hac vice*) |
| | jward@kelleydrye.com |
| 2 | MICHAEL J. ZINNA (*pro hac vice*) |
| | mzinna@kelleydrye.com |
| 3 | LEE BRENNER (State Bar No. 180235) |
| | lbrenner@kelleydrye.com |
| 4 | DAVID FINK (State Bar No. 169212) |
| | dfink@kelleydrye.com |
| 5 | DAVID G. LINDENBAUM (*pro hac vice*) |
| | dlindenbaum@kelleydrye.com |
| 6 | WHITNEY M. SMITH (*pro hac vice*) |
| | wsmith@kelleydrye.com |
| 7 | ANDREW DUBIN (State Bar No. 292645) |
| | adubin@kelleydrye.com |
| 8 | KELLEY DRYE & WARREN LLP |
| | 101 Park Avenue |
| 9 | New York, New York 10178 |
| | Telephone     212-808-7800 |
| 10 | Facsimile       973-503-5950 |
| | Attorneys for Plaintiff ZOMM, LLC |

DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     +1 415 984 8700
Facsimile:      +1 415 984 8701
Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ZOMM, LLC, | Case No. 4:18-cv-04969-HSG |
| Plaintiff, | **STIPULATED REQUEST FOR COURT ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S NON-PATENT CAUSES OF ACTION AND STAY PLAINTIFF'S PATENT CAUSE OF ACTION AND TO ADJOURN HEARING DATE** |
| v. | |
| APPLE INC., | |
| Defendant. | |

Pursuant to the Civil Local Rules 6-2 and 7-12, Plaintiff Zomm, LLC ("Plaintiff") and Defendant Apple Inc. ("Defendant") hereby file this stipulation, requesting an order to modify the briefing schedule on Defendant's Motion to Dismiss Plaintiff's Non-Patent Causes of Action and Stay Plaintiff's Patent Cause of Action ("Motion") and to adjourn the hearing date for the Motion until March 21, 2019. In support of this request, and as set forth in the accompanying declaration of Michael J. Zinna, the parties state as follows:

1. On December 3, 2018, Defendant filed the Motion. (Dkt. No. 45.)
2. Pursuant to Civil Local Rule 7-3, Plaintiff's Opposition to the Motion would be due on December 17, 2018. Defendant's Reply in Support of the Motion would be due on December 24, 2018. The hearing on the Motion is currently set for March 14, 2019.
3. In light of the upcoming winter holidays, the parties have agreed to extend the briefing schedule for the Motion as follows:
    a. Plaintiff's Opposition to the Motion will be due January 9, 2019.
    b. Defendant's Reply in Support of the Motion will be due January 28, 2019.
4. To accommodate pre-existing travel plans of Plaintiff's lead counsel, the parties further agree to adjourn the hearing date for the Motion until March 21, 2019, subject to the Court's convenience.
5. The change in the briefing schedule does not impact the hearing date for the Motion and the modest seven-day adjournment of the hearing date will not delay the overall resolution of the Motion.
6. This is the first request the parties have made to modify the briefing schedule on this Motion and to adjourn the hearing date. The requested changes will not impact any other deadlines scheduled in the case.

| | | |
|---|---|---|
| 1 | Dated: December 14, 2018 | KELLEY DRYE AND WARREN LLP |
| 2 | | |
| 3 | | By:/s/ *Michael J. Zinna* |
| 4 | | Michael J. Zinna<br>Attorneys for Plaintiff<br>ZOMM, LLC |
| 5 | | |
| 6 | Dated: December 14, 2018 | O'MELVENY & MYERS LLP |
| 7 | | |
| 8 | | By:/s/ *Luann L. Simmons* |
| 9 | | Luann L. Simmons<br>Attorneys for Defendant<br>APPLE INC. |

- 3 -

Haywood S. Gilliam, Jr.
United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on December 14, 2018, with a copy of this document via the Court's CM/ECF system.

*Michael J. Zinna*

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

*Michael J. Zinna*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/17/2018

_____
Haywood S. Gilliam, Jr.
U.S. District Judge