MICHAEL J. ZINNA (*pro hac vice*)
mzinna@kelleydrye.com
LEE BRENNER (State Bar No. 180235)
lbrenner@kelleydrye.com
DAVID FINK (State Bar No. 169212)
dfink@kelleydrye.com
DAVID G. LINDENBAUM (*pro hac vice*)
dlindenbaum@kelleydrye.com
WHITNEY M. SMITH (*pro hac vice*)
wsmith@kelleydrye.com
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone     212-808-7800
Facsimile     973-503-5950

Attorneys for Plaintiff ZOMM, LLC

DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
SINA ARIA (S.B. #287529)
saria@omm.com
HANNAH Y. CHANOINE (*pro hac vice*)
hchanoine@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOMM, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>         Defendant. | Case No. 4:18-cv-04969-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE STIPULATED PROTECTIVE ORDER AND ESI STIPULATION**<br><br>Judge:  Haywood S. Gilliam, Jr. |

Pursuant to Civil L. R. 6-1, 6-2, and 7-12, Plaintiff Zomm LLC ("Zomm") and Defendant Apple Inc. ("Apple") hereby stipulate and request, by and through their undersigned counsel and subject to the Court's approval, to extend the deadline to file a Stipulated Protective Order to January 25, 2019, and to file an ESI Stipulation to January 18, 2019.

WHEREAS, pursuant to the Court's November 27, 2018 Order (Dkt. 47), the Parties are required to file an ESI Stipulation and Stipulated Protective Order by January 11, 2019;

WHEREAS, the Parties have met and conferred and are continuing to negotiate in good faith regarding the terms of the Stipulated Protective Order and the ESI Stipulation;

WHEREAS, the Parties believe that they could make further progress towards reaching agreement on the outstanding disputes on the terms of the Stipulated Protective Order and the ESI Stipulation with additional time to continue their meet and confer discussions;

WHEREAS, the Parties agree to extend the deadline to file the Stipulated Protective Order and the ESI Stipulation in the hope that they can reach agreement on the Stipulated Protective Order and the ESI Stipulation; and

WHEREAS, the Parties have requested only one modification of time in the case related to the briefing schedule for Apple's Motion to Dismiss Plaintiff's Non-Patent Causes of Action and Stay Plaintiff's Patent Cause of Action (Dkt. 45) to account for the holidays (Dkt. 51), which was granted by the Court on December 17, 2018 (Dkt. 53); and

WHEREAS, the modification requested herein will not affect any other scheduled dates or events in this action.

It is hereby STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

(1) The Parties will file a Stipulated Protective Order, including an identification of any outstanding disputes regarding its terms, no later than January 25, 2019; and

(2) The Parties will file an ESI Stipulation, including an identification of any outstanding disputes regarding its terms, no later than January 18, 2019.

Pursuant to Civil L.R. 6-2(a), this stipulation is supported by the concurrently filed Declaration of Luann L. Simmons.

IT IS SO STIPULATED.

Dated: January 08, 2019    KELLEY DRYE AND WARREN LLP

By:    /s/ *Michael J. Zinna*
Michael J. Zinna
Attorneys for Plaintiff
ZOMM, INC.

Dated: January 08, 2019    O'MELVENY & MYERS LLP

By:    /s/ *Luann L. Simmons*
Luann L. Simmons
Attorneys for Defendant
APPLE INC.

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on January 08, 2019, with a copy of this document via the Court's CM/ECF system.

/s/ *Luann L. Simmons*
Luann L. Simmons

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

/s/ *Luann L. Simmons*
Luann L. Simmons

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January ___9__, 2019

_____
Haywood S. Gilliam, Jr.
United States District Court Judge