| | |
|---|---|
| 1 | MICHAEL J. ZINNA (*pro hac vice*) |
| | mzinna@kelleydrye.com |
| 2 | LEE BRENNER (State Bar No. 180235) |
| | lbrenner@kelleydrye.com |
| 3 | DAVID FINK (State Bar No. 169212) |
| | dfink@kelleydrye.com |
| 4 | DAVID G. LINDENBAUM (*pro hac vice*) |
| | dlindenbaum@kelleydrye.com |
| 5 | WHITNEY M. SMITH (*pro hac vice*) |
| | wsmith@kelleydrye.com |
| 6 | KELLEY DRYE & WARREN LLP |
| | 101 Park Avenue |
| 7 | New York, New York 10178 |
| | Telephone     212-808-7800 |
| 8 | Facsimile       973-503-5950 |
| 9 | Attorneys for Plaintiff ZOMM, LLC |
| 10 | DAVID R. EBERHART (S.B. #195474) |
| | deberhart@omm.com |
| 11 | LUANN L. SIMMONS (S.B. #203526) |
| | lsimmons@omm.com |
| 12 | SINA ARIA (S.B. #287529) |
| | saria@omm.com |
| 13 | HANNAH Y. CHANOINE (*pro hac vice*) |
| | hchanoine@omm.com |
| 14 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 15 | San Francisco, California  94111-3823 |
| | Telephone:     +1 415 984 8700 |
| 16 | Facsimile:       +1 415 984 8701 |
| 17 | Attorneys for Defendant |
| | APPLE INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ZOMM, LLC, | Case No. 4:18-cv-04969-HSG |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATED PROTECTIVE ORDER** |
| v. | |
| APPLE INC., | Judge:  Haywood S. Gilliam, Jr. |
| Defendant. | |

STIPULATION AND ORDER ISO STIP TO
EXTEND DEADLINES
4:18-CV-04969-HSG

Pursuant to Civil L. R. 6-1, 6-2, and 7-12, Plaintiff Zomm LLC ("Zomm") and Defendant Apple Inc. ("Apple") hereby stipulate and request, by and through their undersigned counsel and subject to the Court's approval, to extend the deadline to file a Stipulated Protective Order to February 1, 2019.

WHEREAS, pursuant to the Court's January 9, 2019 Order (Dkt. 56), the Parties are required to file a Stipulated Protective Order by January 25, 2019;

WHEREAS, the Parties have met and conferred and are continuing to negotiate in good faith regarding the terms of the Stipulated Protective Order;

WHEREAS, the Parties believe that they could make further progress towards reaching agreement on the outstanding disputes on the terms of the Stipulated Protective Order with additional time to continue their meet and confer discussions;

WHEREAS, the Parties agree to extend the deadline to file the Stipulated Protective Order in the hope that they can reach agreement on the Stipulated Protective Order; and

WHEREAS, the Parties have requested only one prior modification of time to extend the deadline to file a Stipulated Protective Order, along with the deadline to file an ESI Stipulation, on January 8, 2019 (Dkt. 55); and

WHEREAS, the Parties filed an ESI Stipulation on January 11, 2019, which the Court has now ordered (Dkt. 59); and

WHEREAS, the parties also requested a modification of time related to the briefing schedule for Apple's Motion to Dismiss Plaintiff's Non-Patent Causes of Action and Stay Plaintiff's Patent Cause of Action (Dkt. 45) to account for the holidays (Dkt. 51), which was granted by the Court on December 17, 2018 (Dkt. 53); and

WHEREAS, the modification requested herein will not affect any other scheduled dates or events in this action.

It is hereby STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

The Parties will file a Stipulated Protective Order, including an identification of any outstanding disputes regarding its terms, no later than February 1, 2019.

Pursuant to Civil L.R. 6-2(a), this stipulation is supported by the concurrently filed Declaration of Michael J. Zinna.

IT IS SO STIPULATED.

Dated: January 24, 2019　　　　　　　　　KELLEY DRYE & WARREN LLP

By: /s/ *Michael J. Zinna*
　　　Michael J. Zinna
Attorneys for Plaintiff
ZOMM, INC.

Dated: January 24, 2019　　　　　　　　　O'MELVENY & MYERS LLP

By: /s/ *Luann L. Simmons*
　　　Luann L. Simmons
Attorneys for Defendant
APPLE INC.

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on January 24, 2019, with a copy of this document via the Court's CM/ECF system.

 */s/ Michael J. Zinna*
Michael J. Zinna

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

 */s/ Michael J. Zinna*
Michael J. Zinna

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 25, 2019

_____
Haywood S. Gilliam, Jr.
United States District Court Judge