1  MICHAEL J. ZINNA (*pro hac vice*)
   mzinna@kelleydrye.com
2  LEE BRENNER (State Bar No. 180235)
   lbrenner@kelleydrye.com
3  DAVID FINK (State Bar No. 169212)
   dfink@kelleydrye.com
4  DAVID G. LINDENBAUM (*pro hac vice*)
   dlindenbaum@kelleydrye.com
5  WHITNEY M. SMITH (*pro hac vice*)
   wsmith@kelleydrye.com
6  KELLEY DRYE & WARREN LLP
   101 Park Avenue
7  New York, New York 10178
   Telephone     212-808-7800
8  Facsimile     973-503-5950

9  Attorneys for Plaintiff ZOMM, LLC

10 DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
11 LUANN L. SIMMONS (S.B. #203526)
   lsimmons@omm.com
12 SINA ARIA (S.B. #287529)
   saria@omm.com
13 HANNAH Y. CHANOINE (*pro hac vice*)
   hchanoine@omm.com
14 O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
15 San Francisco, California  94111-3823
   Telephone:    +1 415 984 8700
16 Facsimile:    +1 415 984 8701

17 Attorneys for Defendant
   APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ZOMM, LLC, | Case No. 4:18-cv-04969-HSG |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATED PROTECTIVE ORDER** |
| v. | |
| APPLE INC., | Judge:  Haywood S. Gilliam, Jr. |
| Defendant. | |

Pursuant to Civil L. R. 6-1, 6-2, and 7-12, Plaintiff Zomm LLC ("Zomm") and Defendant Apple Inc. ("Apple") hereby stipulate and request, by and through their undersigned counsel and subject to the Court's approval, to extend the deadline to file a Stipulated Protective Order to February 11, 2019.

WHEREAS, pursuant to the Court's January 25, 2019 Order (Dkt. 61), the Parties are required to file a Stipulated Protective Order by February 1, 2019;

WHEREAS, the Parties have met and conferred and have significantly narrowed the areas of disagreement regarding the terms of the Stipulated Protective Order;

WHEREAS, the Parties are continuing to negotiate in good faith and believe that they could make further progress towards reaching agreement on additional terms of the Stipulated Protective Order with further time to continue their meet and confer discussions;

WHEREAS, the Parties agree to extend the deadline to file the Stipulated Protective Order in the hope that they can reach agreement on the Stipulated Protective Order; and

WHEREAS, the Parties have requested two prior modifications of time to extend the deadline to file a Stipulated Protective Order (Dkt. 55, 60); and

WHEREAS, the Parties requested an additional week to file an ESI Stipulation (Dkt. 55), which the Parties filed on January 18, 2019 (Dkt. 58) and has now been ordered by the Court (Dkt. 59); and

WHEREAS, the parties also requested a modification of time related to the briefing schedule for Apple's Motion to Dismiss Plaintiff's Non-Patent Causes of Action and Stay Plaintiff's Patent Cause of Action (Dkt. 45) to account for the holidays (Dkt. 51), which was granted by the Court on December 17, 2018 (Dkt. 53); and

WHEREAS, the modification requested herein will not affect any other scheduled dates or events in this action.

It is hereby STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

The Parties will file a Stipulated Protective Order, including an identification of any outstanding disputes regarding its terms, no later than February 11, 2019.

Pursuant to Civil L.R. 6-2(a), this stipulation is supported by the concurrently filed Declaration of Michael J. Zinna.

IT IS SO STIPULATED.

Dated: February 1, 2019     KELLEY DRYE & WARREN LLP

By:     /s/ *Michael J. Zinna*
          Michael J. Zinna
Attorneys for Plaintiff
ZOMM, INC.

Dated: February 1, 2019     O'MELVENY & MYERS LLP

By:     /s/ *Luann L. Simmons*
          Luann L. Simmons
Attorneys for Defendant
APPLE INC.

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on February 1, 2019, with a copy of this document via the Court's CM/ECF system.

/s/ *Michael J. Zinna*
Michael J. Zinna

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

/s/ *Michael J. Zinna*
Michael J. Zinna

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 7, 2019

_Haywood S. Gilliam, Jr._
Haywood S. Gilliam, Jr.
United States District Court Judge