| | |
|---|---|
| 1 | MICHAEL J. ZINNA (*pro hac vice*) |
|   | mzinna@kelleydrye.com |
| 2 | LEE BRENNER (State Bar No. 180235) |
|   | lbrenner@kelleydrye.com |
| 3 | DAVID FINK (State Bar No. 169212) |
|   | dfink@kelleydrye.com |
| 4 | DAVID G. LINDENBAUM (*pro hac vice*) |
|   | dlindenbaum@kelleydrye.com |
| 5 | WHITNEY M. SMITH (*pro hac vice*) |
|   | wsmith@kelleydrye.com |
| 6 | KELLEY DRYE & WARREN LLP |
|   | 101 Park Avenue |
| 7 | New York, New York 10178 |
|   | Telephone   212-808-7800 |
| 8 | Facsimile    973-503-5950 |

Attorneys for Plaintiff ZOMM, LLC

DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
SINA ARIA (S.B. #287529)
saria@omm.com
HANNAH Y. CHANOINE (*pro hac vice*)
hchanoine@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:   +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ZOMM, LLC, | Case No. 4:18-cv-04969-HSG |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT** |
| v. | |
| APPLE INC., | |
| Defendant. | Second Amnd. Compl. Filed: July 17, 2019 |
| | Judge: Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Zomm LLC ("Zomm") and |
| 2 | Defendant Apple Inc. ("Apple"), by and through their undersigned counsel and subject to the |
| 3 | Court's approval, hereby request an order extending the time for Apple to respond to Zomm's |
| 4 | Second Amended Complaint by twenty-one (21) days to August 21, 2019. |
| 5 | WHEREAS, Zomm filed a Second Amended Complaint on July 17, 2019 (Dkt. No. 84); |
| 6 | WHEREAS, Apple's response to Zomm's Second Amended Complaint is currently due |
| 7 | on or before July 31, 2019; |
| 8 | WHEREAS, to accommodate both parties' counsels' pre-planned summer vacation and |
| 9 | work schedules, the parties agreed to extend, subject to the Court's approval, the time for Apple |
| 10 | to file its response to Zomm's Second Amended Complaint by twenty-one (21) days, until August |
| 11 | 21, 2019; |
| 12 | WHEREAS, the modification requested herein will not alter the date of any other event or |
| 13 | any deadline already fixed by Court order; and |
| 14 | WHEREAS, this is the first request the parties have made for an extension of time for |
| 15 | Apple to respond to the Second Amended Complaint. |
| 16 | It is hereby STIPULATED AND AGREED, by and between the parties, subject to the |
| 17 | approval of the Court, as follows: |
| 18 | 1. Apple will file a response to Zomm's Second Amended Complaint no later than |
| 19 | August 21, 2019. |
| 20 | |
| 21 | Pursuant to Civil L.R. 6-2(a), this stipulation is supported by the concurrently filed |
| 22 | Declaration of Luann L. Simmons. |

IT IS SO STIPULATED.

Dated: July 23, 2019         KELLEY DRYE & WARREN LLP


By:  /s/ Michael J. Zinna
       Michael J. Zinna
Attorneys for Plaintiff
ZOMM, INC.


Dated: July 23, 2019         O'MELVENY & MYERS LLP


By:  /s/ Luann L. Simmons
       Luann L. Simmons
Attorneys for Defendant
APPLE INC.

### **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: July 23, 2019         O'MELVENY & MYERS LLP


By:  /s/ Luann L. Simmons
       Luann L. Simmons
Attorneys for Defendant
APPLE INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: July 24, 2019

_Haywood S. Gilliam, Jr._
Haywood S. Gilliam, Jr.
United States District Court Judge