| | |
|---|---|
| 1 | MICHAEL J. ZINNA (*pro hac vice*) |
| | mzinna@kelleydrye.com |
| 2 | LEE BRENNER (State Bar No. 180235) |
| | lbrenner@kelleydrye.com |
| 3 | DAVID FINK (State Bar No. 169212) |
| | dfink@kelleydrye.com |
| 4 | DAVID G. LINDENBAUM (*pro hac vice*) |
| | dlindenbaum@kelleydrye.com |
| 5 | WHITNEY M. SMITH (*pro hac vice*) |
| | wsmith@kelleydrye.com |
| 6 | KELLEY DRYE & WARREN LLP |
| | 101 Park Avenue |
| 7 | New York, New York 10178 |
| | Telephone    212-808-7800 |
| 8 | Facsimile    973-503-5950 |
| 9 | Attorneys for Plaintiff ZOMM, LLC |
| 10 | DAVID R. EBERHART (S.B. #195474) |
| | deberhart@omm.com |
| 11 | LUANN L. SIMMONS (S.B. #203526) |
| | lsimmons@omm.com |
| 12 | HANNAH Y. CHANOINE (*pro hac vice*) |
| | hchanoine@omm.com |
| 13 | SINA ARIA (S.B. #287529) |
| | saria@omm.com |
| 14 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 15 | San Francisco, California  94111-3823 |
| | Telephone:    +1 415 984 8700 |
| 16 | Facsimile:    +1 415 984 8701 |
| 17 | Attorneys for Defendant |
| | APPLE INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ZOMM, LLC, | Case No. 4:18-cv-04969-HSG |
| Plaintiff, | **STIPULATED REQUEST AND ORDER TO MODIFY BRIEFING SCHEDULE FOR APPLE'S MOTION TO DISMISS ZOMM'S NON-PATENT CAUSE OF ACTION** |
| v. | |
| APPLE INC., | |
| Defendant. | |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Zomm LLC ("Zomm") and Defendant Apple Inc. ("Apple"), by and through their undersigned counsel and subject to the Court's approval, hereby submit this stipulated request to modify the briefing schedule for Apple's Motion to Dismiss Zomm's Non-Patent Cause of Action ("the Motion").

WHEREAS, Zomm filed a Second Amended Complaint on July 17, 2019 (Dkt. No. 84);

WHEREAS, the Court previously granted the parties' stipulation to extend the deadline for Apple's response to the Second Amended Complaint to August 21, 2019 (Dkt. No. 86);

WHEREAS, Apple filed the Motion on August 21, 2019, and noticed the Motion for hearing on January 23, 2020 (Dkt. No. 88);

WHEREAS, pursuant to Civil Local Rule 7-3, Zomm's opposition to the Motion would be due on September 4, 2019, and Apple's reply in support of the Motion would be due on September 11, 2019;

WHEREAS, to accommodate both parties' counsels' work schedules and to account for the Labor Day holiday and pre-planned vacations, the parties agreed to extend, subject to the Court's approval, the deadlines for Zomm's opposition and Apple's reply;

WHEREAS, the modification requested herein will not alter the date of any other event or any deadline already fixed by Court order; and

WHEREAS, this is the first request the parties have made for an extension of time for Zomm to file its opposition and Apple to file its reply.

It is hereby STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, as follows:

1. Zomm will file its opposition to Apple's Motion no later than September 25, 2019; and
2. Apple will file its reply in support of its Motion no later than October 18, 2019.

Pursuant to Civil Local Rule 6-2(a), this stipulation is supported by the concurrently filed Declaration of Luann L. Simmons.

IT IS SO STIPULATED.

Dated: August 26, 2019	KELLEY DRYE AND WARREN LLP

By:	/s/ *Michael J. Zinna*
Michael J. Zinna
Attorneys for Plaintiff
ZOMM, INC.

Dated: August 26, 2019	O'MELVENY & MYERS LLP

By:	/s/ *Luann L. Simmons*
Luann L. Simmons
Attorneys for Defendant
APPLE INC.

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

/s/ *Luann L. Simmons*
Luann L. Simmons

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: August 27, 2019

_____
Haywood S. Gilliam, Jr.
United States District Court Judge