DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
HANNAH Y. CHANOINE (*pro hac vice*)
hchanoine@omm.com
SINA ARIA (S.B. #287529)
saria@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ZOMM, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 4:18-cv-04969-HSG <br><br> **STIPULATED REQUEST AND ORDER TO DISMISS PLAINTIFF'S NON-PATENT CAUSE OF ACTION** <br><br> Judge: Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 7-12, Plaintiff Zomm, Inc. ("Zomm") and Defendant Apple Inc. ("Apple"), by and through their undersigned counsel and subject to the Court's approval, hereby submit this stipulated request to dismiss with prejudice Zomm's cause of action for breach of contract.

WHEREAS, Zomm filed a Second Amended Complaint on July 17, 2019 (Dkt. No. 84);

WHEREAS, Apple filed its Motion to Dismiss Zomm's Non-Patent Cause of Action on August 21, 2019, and noticed the motion for hearing on January 23, 2020 (Dkt. No. 88);

WHEREAS, counsel for both parties conferred about Zomm's cause of action for breach of contract; and

WHEREAS, the parties agreed to dismiss with prejudice Zomm's cause of action for breach of contract.

It is hereby STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, as follows:

1. The Second Cause of Action (Breach of Contract) in Zomm's Second Amended Complaint (Dkt. No. 84) is dismissed with prejudice; and

2. Each party shall bear its own costs, expenses, and attorneys' fees associated with the claim dismissed by this Stipulated Dismissal.

IT IS SO STIPULATED.

Dated:  September 23, 2019                KELLEY DRYE AND WARREN LLP


By:    /s/ Michael J. Zinna
        Michael J. Zinna
Attorneys for Plaintiff
ZOMM, INC.


Dated:  September 23, 2019                O'MELVENY & MYERS LLP


By:    /s/ David R. Eberhart
        David R. Eberhart
Attorneys for Defendant
APPLE INC.


### **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

        */s/ David R. Eberhart*
        David R. Eberhart

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |
| 3 | |
| 4 | Dated: September 24, 2019 |
| 5 | _____ |
| | Haywood S. Gilliam, Jr. |
| 6 | United States District Court Judge |