DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
HANNAH Y. CHANOINE (*pro hac vice*)
hchanoine@omm.com
SINA ARIA (S.B. #287529)
saria@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ZOMM, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 4:18-cv-04969-HSG <br><br> **STIPULATED REQUEST AND ORDER REGARDING REMOVAL OF INCORRECTLY FILED DOCUMENT (as modified)** <br><br> Judge: Haywood S. Gilliam, Jr. |

The parties respectfully request that the Court order that the version of the Stipulated Request and Proposed Order to Dismiss Plaintiff's Non-Patent Cause of Action filed docket entry 91 be removed from the docket, because it was incorrectly filed through a clerical error and does not reflect the agreement of the parties. The document subsequently filed by Apple at docket entry 92 is the correct stipulation and reflects the agreement of the parties.

Accordingly, the parties requests that docket entry 91 be permanently deleted from the docket.

IT IS SO STIPULATED.

Dated: September 24, 2019  KELLEY DRYE AND WARREN LLP

By: /s/ Michael J. Zinna
Michael J. Zinna
Attorneys for Plaintiff
ZOMM, INC.

Dated: September 24, 2019  O'MELVENY & MYERS LLP

By: /s/ David R. Eberhart
David R. Eberhart
Attorneys for Defendant
APPLE INC.

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

*/s/ David R. Eberhart*

David R. Eberhart

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk is directed to remove docket no. 91 from the docket.

Dated: September 25, 2019

Haywood S. Gilliam, Jr.
United States District Court Judge