MICHAEL J. ZINNA (*pro hac vice*)
mzinna@kelleydrye.com
DAVID G. LINDENBAUM (*pro hac vice*)
dlindenbaum@kelleydrye.com
WHITNEY M. SMITH (*pro hac vice*)
wsmith@kelleydrye.com
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
New York, New York 10007
Telephone      212-808-7800
Facsimile       973-503-5950

ANDREW W. HOMER (State Bar No. 259852)
ahomer@kelleydyre.com
TAHIR L. BOYKINS (State Bar No. 323441)
tboykins@kelleydrye.com
**KELLEY DRYE & WARREN LLP**
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone      (310) 712-6100
Facsimile       (310) 712-6199

Attorneys for Plaintiff ZOMM, LLC

DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:      +1 415 984 8700
Facsimile:      +1 415 984 8701

Attorneys for Defendant APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ZOMM, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 4:18-cv-04969-HSG<br><br>**JOINT MOTION AND ORDER FOR ENTRY OF FINAL JUDGMENT**<br><br>Judge:  Haywood S. Gilliam, Jr. |

1    WHEREAS, on April 23, 2019, Zomm filed a Complaint asserting a First Cause of Action

2    for alleged infringement of U.S. Patent No. 8,351,895 ("'895 Patent"), a Second Cause of Action

3    for alleged breach of contract, and a Third Cause of Action for alleged unfair competition (ECF

4    1);

5    WHEREAS, on October 3, 2018, Zomm filed an Amended Complaint asserting a First

6    Cause of Action for alleged infringement of the '895 Patent, a Second Cause of Action for alleged

7    breach of contract, and a Third Cause of Action for alleged unfair competition (ECF 37);

8    WHEREAS, on November 9, 2018, Apple filed two IPR petitions challenging the

9    patentability of all claims of the sole asserted patent in this action, the '895 Patent;

10    WHEREAS, on December 3, 2018, Apple filed a Motion to Dismiss and Stay (ECF 45);

11    WHEREAS, on May 10, 2019, the U.S. Patent Trial and Appeal Board ("PTAB") issued

12    decisions instituting review of both IPR petitions;

13    WHEREAS, on June 17, 2019, the Court granted Apple's motion and dismissed without

14    prejudice Zomm's non-patent causes of action and stayed the patent cause of action pending IPR

15    (ECF 81);

16    WHEREAS, on July 17, 2019, Zomm filed a Second Amended Complaint asserting a

17    First Cause of Action for alleged infringement of the '895 Patent and a Second Cause of Action

18    for alleged breach of contract (ECF 84);

19    WHEREAS, on September 24, 2019, pursuant to stipulation, the Court dismissed with

20    prejudice the Second Cause of Action (Breach of Contract) in Zomm's Second Amended

21    Complaint (ECF 93);

22    WHEREAS, on May 7, 2020, the PTAB issued Final Written Decisions in both IPRs

23    finding all claims of the '895 Patent unpatentable and denying Zomm's motion to amend certain

24    claims;

25    WHEREAS, on July 9, 2020, Zomm filed notices of appeal of the PTAB's Final Written

26    Decisions in both IPRs, and on July 16, 2020, the United States Court of Appeals for the Federal

27    Court ("Federal Circuit") docketed Zomm's appeals (Appeal Nos. 2020-2000, 2020-2002);

28

JOINT MOTION FOR ENTRY
OF FINAL JUDGMENT
4:18-CV-04969-HSG

1    WHEREAS, on July 13, 2020, the Court stayed this action until resolution of both appeals

2    (ECF 101);

3    WHEREAS, on April 9, 2021, the Federal Circuit issued a summary affirmance pursuant

4    to Fed. Cir. R. 36, affirming the PTAB's Final Written Decisions;

5    WHEREAS, on May 17, 2021, the Federal Circuit issued its Mandate to the PTAB in

6    accordance with the judgment and awarded costs to Apple;

7    THEREFORE, consistent with the Federal Circuit's decision, Zomm and Apple jointly

8    request that the Court enter a final judgment pursuant to Rule 58(b) of the Federal Rules of Civil

9    Procedure in favor of Apple and against Zomm as follows:

10   1.   All claims of U.S. Patent No. 8,351,895 are invalid.

11   2.   Zomm's Second Amended Complaint is dismissed with prejudice; and

12   3.   Each party shall bear its own costs, expenses, and attorneys' fees.

13

14   A proposed form of judgment accompanies this Motion.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION FOR ENTRY
OF FINAL JUDGMENT
4:18-CV-04969-HSG

1    Dated: September 8, 2021

2

3        **O'MELVENY & MYERS LLP**              **KELLEY DRYE AND WARREN LLP**

4        /s/ *Luann L. Simmons*                  /s/ *Michael J. Zinna*
         David R. Eberhart (S.B. #195474)        Michael J. Zinna (admitted *pro hac vice*)
5        deberhart@omm.com                       mzinna@kelleydrye.com
         Luann L. Simmons (S.B. #203526)         David G. Lindenbaum (*pro hac vice*)
6        lsimmons@omm.com                        dlindenbaum@kelleydrye.com
         O'MELVENY & MYERS LLP                   Whitney M. Smith (*pro hac vice*)
7        Two Embarcadero Center, 28th Floor      wsmith@kelleydrye.com
         San Francisco, California 94111-3823    KELLEY DRYE AND WARREN LLP
8        Telephone: (415) 984-8700               3 World Trade Center
         Facsimile: (415) 984-8701               New York, New York  10007
9                                                Telephone: (212) 808-7800
                                                 Facsimile: (973) 503-5950
10       Attorneys for Defendant
         APPLE INC.                              Andrew W. Homer (State Bar No. 259852)
11                                               ahomer@kelleydrye.com
                                                 Tahir L. Boykins (State Bar No. 323441)
12                                               tboykins@kelleydrye.com
                                                 KELLEY DRYE & WARREN LLP
13                                               10100 Santa Monica Boulevard, 23rd Floor
                                                 Los Angeles, CA 90067-4008
14                                               Telephone: (310) 712-6100
                                                 Facsimile: (310) 712-6199
15
                                                 Attorneys for Plaintiff
16                                               ZOMM, LLC

17

18

19

20

21

22

23

24

25

26

27

28

                                    - 4 -

1

<b><u>CERTIFICATE OF SERVICE</u></b>

2       I certify that all counsel of record is being served on September 8, 2021, with a copy of

3 this document via the Court's CM/ECF system.

4

5

6       Dated:  September 8, 2021            **O'MELVENY & MYERS LLP**

7

8                                      By:    */s/ Luann L. Simmons*
                                                 Luann L. Simmons

9                                     Attorney for Defendant Apple Inc.

10

<b><u>FILER'S ATTESTATION</u></b>

11       Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose

12 behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

13

14

15       Dated:  September 8, 2021            **O'MELVENY & MYERS LLP**

16

17                                        By:    */s/ Luann L. Simmons*
                                                 Luann L. Simmons

18                                       Attorney for Defendant Apple Inc.

19

20

21

22

23

24

25

26

27

28

- 5 -

1

## FINAL JUDGMENT

2        Before the Court is the Joint Motion for Entry of Final Judgement filed by Zomm, Inc.

3  ("Zomm") and Apple Inc. ("Apple") in the captioned case.  For the reasons stated in the Joint

4  Motion and good cause appearing,

5        IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT final judgment be

6  and is hereby entered in favor of Defendant Apple Inc. and against Plaintiff Zomm, Inc. as

7  follows:

8      1.   All claims of U.S. Patent No. 8,351,895 are invalid.

9      2.   Zomm's Second Amended Complaint is dismissed with prejudice; and

10     3.   Each party shall bear its own costs, expenses, and attorneys' fees.

11

12

13  **IT IS SO ORDERED**

14

15

16  DATED: 9/9/2021

                           Haywood S. Gilliam, Jr.

17                         United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION FOR ENTRY
OF FINAL JUDGMENT
4:18-CV-04969-HSG